UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GERALD CHRISTIANSEN DOYLE,

    Plaintiff,

v.                                                                          Case No.: 1:15-cv-20351-JAL

WATERFALL ASSET MANAGEMENT,
LLC, a Delaware limited liability company,
and BANCO POPULAR NORTH AMERICA,
a New York community banking corporation
doing business as POPULAR
COMMUNITY BANK,

    Defendants.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff, GERALD

CHRISTIANSEN DOYLE, by and through his undersigned counsel, and defendants,

WATERFALL ASSET MANAGEMENT, LLC, and BANCO POPULAR NORTH AMERICA

d/b/a POPULAR COMMUNITY BANK, by and through their undersigned counsel, hereby

stipulate to the voluntary dismissal with prejudice of the above-captioned action.

| | |
|---|---|
| **TAMPA LAW SOURCE, P.A.** | **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP** |
| Alexandra Kowalski | Ann M. St. Peter-Griffith |
| Florida Bar No. 59862 | Florida Bar No. 0033154 |
| 13139 W. Linebaugh Avenue, Suite 101 | 1441 Brickell Avenue, Suite 1420 |
| Tampa, Florida 33626 | Miami, Florida 33131 |
| Phone: (813) 814-0700 | Phone: (305) 377-1666 |
| Primary E-mail: alex@tampabizlaw.com | astpetergriffith@kasowitz.com |
| Counsel for Plaintiff | Counsel for Defendants |